| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Willett, Eileen S. | 2. Court or Organization<br><br>District Court- Arizona | 3. Date of Report<br><br>04/28/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US Magistrate Judge: full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>US District Court, District of Arizona<br>401 West Washington Street, Ste. 321-SPC 13<br>Phoenix, AZ 85003-2120 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2014 | Elected Officials Retirement Plan participant with the State of Arizona as a retired Superior Court Judge, no control |
| 2. | 2014 | Arizona Department of Administration Dental plan participant through the Elected Officials Retirement Plan as a retired Superior Court Judge, no control |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2015 | Elected Officials' Retirement Plan--defined benefit pension plan annual income received as a retired Superior Court Judge, State of Arizona | $93,484.22 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2015 | salary as employee |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willett, Eileen S.** | 04/28/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willett, Eileen S. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America accounts | A | Interest | N | T | | | | | |
| 2. AZ State Credit Union accounts | A | Interest | K | T | | | | | |
| 3. Meriwest Credit Union accounts | A | Interest | N | T | | | | | |
| 4. Maricopa County Deferred Compensation 457 (b)Plan (H) | | | | | | | | | |
| 5. -Universal Life Insurance Plan 1: Nationwide Retirement Solutions | A | Interest | J | T | | | | | |
| 6. -Nationwide Maricopa Fixed Option | D | Int./Div. | N | T | | | | | |
| 7. ▓ Restricted Stock Units (formerly Stock "Options") | | None | J | T | | | | | |
| 8. GE Capital Bank CDs (mature 2019) | B | Interest | M | T | | | | | |
| 9. Rental property #1, ▓ (2013 $286,500) | A | Rent | | | Sold | 01/12/15 | N | E | ▓ |
| 10. Charles Schwab IRA (H) | | | | | | | | | |
| 11. -Apple, Inc. (APPL) stock, common | A | Dividend | K | T | | | | | |
| 12. -Intel Corp (INTC) stock, common | A | Dividend | J | T | | | | | |
| 13. -Invensense Inc (INVN) stock, common | | None | | | Sold | 07/27/15 | J | | |
| 14. -PIMCO INCM CL D (PONDX) | A | Dividend | J | T | | | | | |
| 15. -Metropolitan West High Yield Bond M (MWHYX) | A | Dividend | | | Sold | 05/06/15 | J | | |
| 16. -Doubleline Total Return BD FD CL N (DLTNX) | | None | | | Sold | 01/26/15 | J | A | |
| 17. -Ridgeworth SEIX Float Rate High Inc I (SAMBX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willett, Eileen S. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Blackrock Util & Infras (BUI) | A | Dividend | J | T | | | | | |
| 19. Schdwab Fundamental GLBL Real Eastate Index Fund (SFREX) | A | Dividend | J | T | Buy | 01/27/15 | J | | |
| 20. -SPDR S&P Dividend ETF (SDY) (Y) | | | | | | | | | |
| 21. -Schwab Fundamental US Large Co Index (SFLNX) (Y) | | | | | | | | | |
| 22. -Sch US DIV Equity ETF (SCHD) (Y) | | | | | | | | | |
| 23. -Vanguard Wellesley Income Fund Investor Share (VWINX) (Y) | | | | | | | | | |
| 24. -Fidelity Contra Fund (FCNTX) (Y) | | | | | | | | | |
| 25. -Gabelli Small Cap Growth Fund Cl AAA (GABSX) (Y) | | | | | | | | | |
| 26. ▨ 401(K) Plus Plan (H) | | | | | | | | | |
| 27. -Tier 1 Life Cycle Funds: Target Date 2020 | | None | | | Sold | 07/24/15 | J | A | |
| 28. -Tier 1 Life Cycle Funds: Income Plus Life Strategy | | None | | | Buy (add'l) | 07/24/15 | J | | |
| 29. | | | | | Sold | 09/24/15 | K | | |
| 30. -Tier 2 Core Funds: Total Stock Market Index (Y) | | | | | | | | | |
| 31. -Tier 2 Core Funds: Reit Index (Y) | | | | | | | | | |
| 32. -Tier 2 Core Funds: Infl Protected Bond (Y) | | | | | | | | | |
| 33. -Tier 2 Core Funds: Interest Income Fund | | None | O | T | Sold (part) | 01/22/15 | K | B | |
| 34. | | | | | Sold (part) | 02/18/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willett, Eileen S. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 05/22/15 | J | A | |
| 36. | | | | | Buy (add'l) | 06/29/15 | K | | |
| 37. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 38. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 39. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 40. | | | | | Buy (add'l) | 08/26/15 | K | | |
| 41. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 42. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 43. | | | | | Buy (add'l) | 09/24/15 | K | | |
| 44. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 45. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 46. | | | | | Buy (add'l) | 10/30/15 | J | | |
| 47. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 48. | | | | | Buy (add'l) | 11/30/15 | J | | |
| 49. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 50. | | | | | Buy (add'l) | 12/31/15 | K | | |
| 51. -Tier 3 Expanded Choice Funds: Large-Cap Value Indx | None | | | | Sold | 11/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willett, Eileen S. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Tier 3 Expanded Choice Funds: Small-Cap Value Indx | | None | | | Buy | 07/15/15 | J | | |
| 53. | | | | | Sold | 11/16/15 | J | | |
| 54. -Tier 3 Expanded Choice Funds: Long-Term Corp Bond (Y) | | | | | | | | | |
| 55. -Tier 3 Expanded Choice Funds: European Stock Index | | None | J | T | Buy | 02/18/15 | J | | |
| 56. -Tier 3 Expanded Choice Funds: | A | Dividend | J | T | Buy | 05/22/15 | J | | |
| 57. -Tier 4 Mutual Fund Window: DFA Glob Real Estate (Y) | | | | | | | | | |
| 58. -Tier 4 Mutual Fund Window: Vang Wellesley ADM | A | Dividend | | | Sold | 07/28/15 | J | | |
| 59. -Tier 4 Mutual Fund Window: PIM ALL A ALL Auth1 (Y) | | | | | | | | | |
| 60. -Tier 4 Mutual Fund Window: Vang Star (Y) | | | | | | | | | |
| 61. -Tier 4 Mutual Fund Window: PIM EM Mkts BD Inst (Y) | | | | | | | | | |
| 62. -Tier 4 Mutual Fund Window: PIM TOT RT III Inst (Y) | | | | | | | | | |
| 63. -Tier 4 Mutual Fund Window: Vang Intm INV GR ADM | A | Dividend | | | Sold | 08/26/15 | K | | |
| 64. -Tier 4 Mutual Fund Window: VANG GNMA ADM | A | Dividend | | | Buy | 01/22/15 | K | | |
| 65. | | | | | Sold | 06/29/15 | K | | |
| 66. Charles Schwab One Brokerage Account (H) | | | | | | | | | |
| 67. -Federated Short Term Income Inst Share (FSTIX)(Y) | | | | | | | | | |
| 68. -US Treasury Note | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -AT&T Inc (T) stock, common (Y) | | | | | | | | | |
| 70. -Getty Realty Corp New REIT (GTY) | A | Dividend | J | T | | | | | |
| 71. -GE Capital Retail BA NKA Synchrony Bank CD ▨ | A | Interest | J | T | | | | | |
| 72. -Schwab Monthly Income FD Enhanced Payout (SWKRX) | A | Dividend | J | T | | | | | |
| 73. -Voya Prime Rate Trust (PPR) | A | Dividend | J | T | | | | | |
| 74. ▨ Stock, Common (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willett, Eileen S. | 04/28/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following investments reported in Part VII, denoted with (Y), were sold prior to the end of my initial reporting period and while I was exempt from reporting transactions: #20-25, #30-32, #54, #57, #59-62, #67, #69.

| Name of Person Reporting | Date of Report |
|---|---|
| Willett, Eileen S. | 04/28/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eileen S. Willett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544